UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN A. HAYES, *by and through her next friend*, DELIA M. HAYES,<br><br>Plaintiff,<br><br>v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, *et al.*,<br><br>Defendant. | Case No. 1:17-cv-01096-DAD-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

On August 15, 2017, Plaintiff Megan A. Hayes, by and through her next friend, Delia M. Hayes filed a Complaint. (ECF No. 1.) On that same date, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence an action in this Court. (ECF No. 2.) Based on the information provided in the application, Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

The Clerk of the Court is DIRECTED to issue summonses and civil new case documents to Plaintiff and to set a status conference re: consent/initial scheduling at an appropriate time and date in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: __**November 27, 2017**__     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE