MEGAN A. HAYES
DELIA M. HAYES
2736 San Gabriel Avenue
Clovis, CA 93611
Telephone: (559) 301-9494

PLAINTIFF PRO SE


MARK S. POSARD (SBN 208790)
mposard@grsm.com
DAISY LIU (SBN 311375)
dliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
655 University Avenue Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendant
STATE CENTER COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MEGAN A. HAYES, by and through her next friend DELIA M. HAYES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, DR. PUAL PARNELL, CLOVIS COMMUNITY COLLEGE, DR. LORI BENNET, ROBYN NEARN DVM, DR. JOHN FORBES, COLLEEN BRANNON, KEIRA TIPPINS and STACY ZUNIGA,<br><br>Defendants. | CASE NO. 1:17-cv-01096-DAD-EPG<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT STATE CENTER COMMUNITY COLLEGE DISTRICT'S DEADLINE TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: August 15, 2017 |

Gordon Rees Scully Mansukhani, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825

The parties hereto, Plaintiff MEGAN A. HAYES, by and through her next friend DELIA M. HAYES, ("Plaintiff") and Defendants STATE CENTER COMMUNITY COLLEGE DISTRICT ("Defendant") hereby stipulate as follows:

WHEREAS, the parties stipulated to extending Defendant's deadline to file a responsive pleading until February 1, 2018;

WHEREAS, Plaintiff agreed to allow Defendant extra time to respond to the Complaint so that the parties may meet and confer about this matter;

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall file and serve its responsive pleading to Plaintiff's Complaint on or before February 1, 2018.

**IT IS SO STIPULATED.**

Dated: January 4, 2018          By:    */s/ Delia M. Hayes*_____
                                       Megan A. Hayes
                                       Delia M. Hayes
                                       Plaintiff Pro Se

Dated: January 4, 2018          GORDON REES SCULLY MANSUKHANI, LLP

                                By:    */s/ Daisy Liu*_____
                                       Mark S. Posard
                                       Daisy Liu
                                       Attorneys for Defendant
                                       STATE CENTER COMMUNITY
                                       COLLEGE DISTRICT

**ORDER**

The Court, having considered Plaintiff MEGAN A. HAYES, by and through her next friend DELIA M. HAYES's and Defendant STATE CENTER COMMUNITY COLLEGE DISTRICT's Joint Stipulation to Extend Defendant SCCCD's Deadline to Respond to Complaint, and good cause having been shown, HEREBY ORDERS that Defendant's responsive pleading shall be filed on or before February 1, 2018.

IT IS SO ORDERED.

Dated: **January 8, 2018**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE