1 | MEGAN A. HAYES
  | DELIA M. HAYES
2 | 2736 San Gabriel Avenue
  | Clovis, CA 93611
3 | Telephone: (559) 301-9494

4 | PLAINTIFF PRO SE

5 |
6 | MARK S. POSARD (SBN 208790)
  | JULIE A. DOUMIT (SBN 272574)
  | DAISY LIU (SBN 311375)
7 | GORDON REES SCULLY MANSUKHANI, LLP
  | 655 University Avenue, Suite 200
8 | Sacramento, CA 95825
  | Telephone: (916) 565-2900
9 | Facsimile: (916) 920-4402

10 | Attorneys for Defendants
   | STATE CENTER COMMUNITY COLLEGE DISTRICT, DR. PAUL PARNELL, DR. LORI
11 | BENNET, ROBYN NEARN DVM, DR. JOHN FORBES, COLLEEN BRANNON, KEIRA
   | TIPPINS AND STACY ZUNIGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| MEGAN A. HAYES, by and through her next friend DELIA M. HAYES, | CASE NO. 1:17-cv-01096-DAD-EPG |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO WAIVE SERVICE AND SET RESPONSIVE PLEADING DEADLINE FOR INDIVIDUAL DEFENDANTS; ORDER** |
| vs. | |
| STATE CENTER COMMUNITY COLLEGE DISTRICT, DR. PAUL PARNELL, CLOVIS COMMUNITY COLLEGE, DR. LORI BENNET, ROBYN NEARN DVM, DR. JOHN FORBES, COLLEEN BRANNON, KEIRA TIPPINS and STACY ZUNIGA, | Complaint Filed: August 15, 2017 |
| Defendants. | |

1

| | |
|---|---|
| 1 | The parties hereto, Plaintiff MEGAN A. HAYES, by and through her next friend DELIA |
| 2 | M. HAYES, ("Plaintiff") and Defendants DR. PAUL PARNELL, DR. LORI BENNET, ROBYN |
| 3 | NEARN DVM, DR. JOHN FORBES, COLLEEN BRANNON, KEIRA TIPPINS AND STACY |
| 4 | ZUNIGA ("Individual Defendants") hereby stipulate as follows: |
| 5 | WHEREAS, the Individual Defendants agree to waive service of the complaint and |
| 6 | summons in this matter; |
| 7 | WHEREAS, in accordance with Federal Rule of Civil Procedure 4(d), the parties agree |
| 8 | that the deadline for the Individual Defendants to file and serve their responsive pleadings will |
| 9 | be May 12, 2018. |
| 10 | IT IS HEREBY STIPULATED by and between Plaintiff and Individual Defendants that |
| 11 | Individual Defendants shall file and serve their responsive pleadings to Plaintiff's Complaint on |
| 12 | or before May 12, 2018. |

**IT IS SO STIPULATED.**

Dated: March 30, 2018          By:   /s/ Delia M. Hayes_____
                                     Megan A. Hayes
                                     Delia M. Hayes
                                     Plaintiff Pro Se

Dated: March 30, 2018          GORDON REES SCULLY MANSUKHANI, LLP

                               By:   /s/ Daisy Liu_____
                                     Mark S. Posard
                                     Julie Doumit
                                     Daisy Liu
                                     Attorneys for Defendants
                                     STATE CENTER COMMUNITY
                                     COLLEGE DISTRICT, DR. PAUL
                                     PARNELL, DR. LORI BENNET, ROBYN
                                     NEARN DVM, DR. JOHN FORBES,
                                     COLLEEN BRANNON, KEIRA TIPPINS
                                     AND STACY ZUNIGA

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 30, 2018                By:  */s/ Daisy Liu*
                                          Daisy Liu
                                          Attorneys for Defendants

**ORDER**

The Court, having considered Plaintiff MEGAN A. HAYES, by and through her next friend DELIA M. HAYES's and Individual Defendants DR. PAUL PARNELL, DR. LORI BENNET, ROBYN NEARN DVM, DR. JOHN FORBES, COLLEEN BRANNON, KEIRA TIPPINS AND STACY ZUNIGA's Joint Stipulation to Waive Service and Set Responsive Pleading Deadline for Individual Defendants, and good cause having been shown, HEREBY ORDERS that Individual Defendant's responsive pleading shall be filed on or before May 12, 2018.

IT IS SO ORDERED.

Dated: **April 2, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE