# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN A. HAYES, by and through her next friend DELIA M. HAYES,<br><br>Plaintiff,<br><br>v.<br><br>STATE CENTER COMMUNITY COLLEGE DISTRICT, et al.,<br><br>Defendants. | Case No. 1:17-cv-01096-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 40) |

Plaintiffs, Megan A. Hayes, by and through her next friend Delia M. Hayes, and Defendants, State Center Community College District, Dr. Paul Parnell, Clovis Community College, Dr. Lori Bennet, Robyn Nearn, Dr. John Forbes, Colleen Brannon, Keira Tippins, and Stacy Zuniga, through counsel, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 40). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **February 11, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE